IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE ROCKY BALBOA,**
    **Plaintiff,**

vs.                                                    Case No. 5:08cv11/RH/MD

**JOHN DOE,**
    **Defendant.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on January 10, 2008 by mailing various "letters" to the court, which were docketed upon request of the district court. (Doc. 1) Plaintiff was afforded an opportunity to file an amended complaint under Title 28 U.S.C. § 1331 or 1346 and was given thirty days in which to comply. He was also directed to file an *in forma pauperis* application or to pay the filing fee and was warned that his failure to do so would result in a recommendation that his case be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 2).

Having received no filings from plaintiff, this court entered a show cause order directing the plaintiff to show cause why his case should not be dismissed for his failure to comply with an order of this court. (Doc. 3). To date, there has been no response from plaintiff whatsoever.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED this 31st day of March, 2008.**

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**