# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GEORGE ROCKY BALBOA,

    Plaintiff,

v.                                                CASE NO. 5:08cv11-RH/MD

JOHN DOE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is DISMISSED for failure to abide the an order of the court. The clerk must enter judgment accordingly and close the file.

SO ORDERED this 20th day of May, 2008.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge